1

2

3

4

5

6

7

8                       United States District Court

9                       Eastern District of California

10

11

12  Thuan Luong,                          No. Civ. S 05-2184 LKK PAN P

13           Petitioner,                  Order

14      vs.

15  Tom C. Carey, Warden,

16           Respondent.

17                              -oOo-

18      Petitioner, a state prisoner proceeding without counsel, has

19  filed an application for a writ of habeas corpus pursuant to 28

20  U.S.C. § 2254.  Respondent request a change of venue.

21      Petitioner challenges a conviction in the Santa Clara County

22  Superior Court.  This court and the United States District Court

23  in the district where petitioner was convicted both have

24  jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

25  484 (1973), but witnesses and evidence necessary for the

26  resolution of petitioner's application are more readily available

1   in Santa Clara County. Id. at 499 n. 15; 28 U.S.C. § 2241(d).

2        Accordingly, in the furtherance of justice, respondent's

3   November 15, 2005, request is granted and I hereby order this

4   matter be transferred to the United States District Court for the

5   Northern District of California.

6        Dated:  November 29, 2005.

7                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
8                                    Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2